# IN THE SUPREME COURT OF THE STATE OF NEVADA

CARL DEAN EDWARDS,
                    Appellant,
            vs.
ELY STATE PRISON DISCIPLINE
HEARING STAFF,
                    Respondent.

No. 85268

**FILED**

SEP 13 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court "Order From Administrative Hearing 07/21/22, for State Violation of Movant's 14th and 6th Amend, Due Process Rights." Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

No "Order From Administrative Hearing 07/21/22, for State Violation of Movant's 14th and 6th Amend, Due Process Rights" appears to have been entered in the underlying district court matter (case number CF2207007). And no appealable order appears to have been entered in the district court. Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

[1]To the extent appellant moves this court for a stay pending appeal, the motion is denied.

22-28615

cc:     Hon. Steve L. Dobrescu, District Judge
           Carl Dean Edwards
           Attorney General/Carson City
           White Pine County Clerk